Michael Dennis Harnden                April 21st 2015
                                              22,171-02

Texas Court of Criminal Appeals
Clerks Office
P.O. Box 12308 Capitol Station
Austin, Texas 78711

RE: Docket Sheet/Case WR-22,171-02

    Dear Clerk,
        I would like a copy of the docket
Sheet in above case number.

                        Thank you
                        Michael D. Harnden

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 24 2015

Abel Acosta, Clerk